IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TAMEEM ABDULATEEF ARIF AL-TALABANI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MERRICK GARLAND, *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 1:23-cv-1374-CMH-WEF |

## ORDER

This matter comes before the Court on the parties' joint motion to stay the proceedings. Upon consideration of the motion, and for good cause shown, it is hereby

ORDERED that the parties' motion is GRANTED; and it is further

ORDERED that the instant action is STAYED until further order of this Court; and it is hereby

ORDERED that the parties shall file a status report with this Court by June 19, 2024 unless Plaintiff voluntarily dismisses his action before then.

Dated: Nov. 1, 2023

*Claude M. Hilton*
UNITED STATES DISTRICT JUDGE